# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2948

_____

JULIO DE LA ROSA,

    Appellant,

    v.

CHENEY BROTHERS, INC., and
CLARENDON NATIONAL
INSURANCE COMPANY,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident:  November 18, 2002.

April 9, 2019

PER CURIAM.

In this workers' compensation case, the Claimant appeals an order of the Judge of Compensation Claims ("JCC") denying his claim for continued palliative care for a November 2002 injury. He claims the JCC reversibly erred in finding the E/C satisfied its burden of proving a break in the causal chain and by failing to find waiver by the E/C under section 440.20(4), Florida Statutes.  We disagree and affirm. *See Teco Energy, Inc. v. Williams*, 234 So. 3d 816 (Fla. 1st DCA 2017).

AFFIRMED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Manuel G. Franco, Tampa, and Bill McCabe, Longwood, for Appellant.

Robert B. Griffis of Jones, Hurley & Hand, P.A., Orlando, for Appellees.